## COURT OF APPEALS, SEPTEMBER TERM, 1848.

### GILBERT FARGO, Appellant, vs. CALVIN G. BROWN, Respondent.

Where, in May, 1848, the Supreme Court reversed a judgment of the Common Pleas, for error appearing in the bill of exceptions contained in the record, and granted a new trial. *Held*, not a decision made upon *bill of exceptions*, within the meaning of the act of 1847, (Sess. L. of 1847, p. 639, § 5,) and that no appeal could be taken under that act.

This cause originated in the Court of Common Pleas of Chenango county, where judgment was rendered in favor of Fargo. Brown took a bill of exceptions at the trial, and brought a writ of error in 1846. In May, 1848, the Supreme Court reversed the decision of the Common Pleas, for error appearing in the bill of exceptions, and granted a new trial. Fargo thereupon appealed from the decision of the Supreme Court, pursuant to the act of 1847. (Laws of 1847, p. 639, § 5.) And a motion was now made to dismiss the appeal, on the ground that the act of 1847 did not apply; that being intended to apply only to decisions made upon bill of exceptions taken at the circuit, and not to decisions made upon *writ of error*.

J. K. PORTER, *for the motion.*

N. HILL, Jr., *contra.*

The court granted the motion, and the appeal was accordingly dismissed.